UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STEPHANIE ROBERTSON, individually and as personal representative of the ESTATE OF DAKOTA BRANNAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TERRY COUNTY, TEXAS, et al., <br><br> Defendants. | No. 5:23-CV-039-H |

### ORDER

Before the Court is the mediator's notice of settlement advising the Court that the parties have settled the case. Dkt. No. 81. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by September 2, 2025.

Terry County's motion for summary judgment (Dkt. No. 66) is denied as moot. All pre-trial deadlines in this case and the trial setting for October 6, 2025, are vacated. *See* Dkt. No. 62.

So ordered on July 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE